IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JACKSON, | No. 2:11-CV-3167-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| J. WALKER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On May 8, 2012, plaintiff filed an amended complaint as of right pursuant to Federal Rule of Civil Procedure 15. The amended complaint was dismissed with leave to amend because plaintiff failed to provide a short and plain statement of his claims as required by Federal Rule of Civil Procedure 8. Plaintiff filed his second amended complaint on July 10, 2012. Plaintiff then filed an identical second amended complaint on July 19, 2012. The July 19, 2012, second amended complaint (Doc. 22) is stricken as duplicative.

IT IS SO ORDERED.

DATED: February 5, 2013

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1